IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01757-BNB

COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT,

Plaintiff,

v.

EARL H. BRAUCH, and
BRAUCH ENTERPRISES II,

Defendants.

_____

**ORDER**
_____

This matter arises on **Plaintiff's Motion to Compel Discovery** [Doc. # 12, filed 12/23/2012] (the "Motion to Compel"). I held a hearing on the Motion to Compel and made rulings on the record, which are incorporated here. The Motion to Compel [Doc. # 12] is GRANTED.

Defendant Earl H. Brauch's Reply to Discovery Requests [Doc. # 14] is evasive and non-responsive and does not comply with the formalities required by the Federal Rules of Civil Procedure, including the obligation to answer interrogatories under oath. Mr. Brauch failed to provide meaningful answers to the interrogatories, claiming that "[a]ll records, receipts, invoices, documents, etc., have been lost/misplaced and are unavailable due to the homeless condition of the Defendant." Reply [Doc. # 14] at p. 1. Most of the interrogatories can be answered without reference to any records, receipts, or the like, including those interrogatories seeking identification of recent expenditures; recent sources of income; bank accounts; places of employment; places of residence; items of value received from Mr. Brauch's mother's estate;

motor vehicles owned; and real and personal property owned.

The plaintiff attempted in good faith to resolve this discovery dispute without court action; Mr. Brauch's failure to provide complete, non-evasive responses was not substantially justified; and an award of the plaintiff's reasonable expenses incurred in making the Motion to Compel is not unjust.  See Fed. R. Civ. P. 37(a)(5)(A).

IT IS ORDERED:

(1)     The Motion to Compel [Doc. # 12] is GRANTED.  Defendant Earl H. Brauch shall fully and directly answer the interrogatories, respond to the requests for production, and produce all responsive documents in his possession, custody, and control on or before **March 30, 2012**.  The discovery responses shall comply with all formalities required by the Federal Rules of Civil Procedure.

(2)     The plaintiff is awarded its reasonable expenses incurred in making the Motion to Compel.  It shall file a fee application that complies with the requirements of D.C.COLO.LCivR 54.3 on or before **March 30, 2012**.

Dated March 12, 2012.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge